|  |  |
|---|---|
| 1 | **LAW OFFICES OF PAUL DELANO WOLF** |
|   | PAUL D. WOLF, SBN 78624 |
| 2 | LYNN M. KESLAR, SBN 191521 |
|   | Evers Building |
| 3 | 717 Washington Street, 2nd floor |
|   | Oakland, CA 94607 |
| 4 | Telephone:   (510) 451-4600 |
|   | Facsimile:    (510) 451-3002 |
| 5 | paul@pdwolflaw.com |
|   | lynn@pdwolflaw.com |

FILED
FEB 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Defendant
HASAN SWAID

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case Nos. | 07-70057 WDB |
| | ) | (Hasan Swaid and |
| Plaintiff, | ) | Rosemont Wholesale, Inc.) |
| | ) | |
| | ) | 07-70058 WDB |
| v. | ) | (Mohammed Aldhufri) |
| | ) | |
| | ) | 07-70059 WDB |
| Hasan Swaid, et. al. | ) | (Mossleh Amari) |
| | ) | |
| | ) | 07-70060 WDB |
| Defendants. | ) | (Nabil Munasar Alzoqari) |
| | ) | |
| | ) | 07-70062 WDB |
| | ) | (Wahidullah Ahmadi) |
| _____ | ) Case No. | 07-70078 WDB |
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER |
| | ) | EXTENDING TIME FOR |
| v. | ) | PRELIMINARY HEARING OR |
| | ) | FILING OF INDICTMENT TO |
| Sufian Khalil Al Khalidi and Basheer | ) | MARCH 12, 2007 |
| Mossleh Abdo Ammari, | ) | (FRCP 5.1) |
| Defendants. | ) | cc: Copies to parties via ECF, WDB's stats |

U.S. v. KHALIDI, U.S. v. SWAID, ET AL., ORDER EXTENDING TIME FOR INDICTMENT

1  The Defendants in the above captioned matters, and the United States, through their
2  counsel, having agreed and consented to an extend the time for a preliminary hearing or the
3  filing of an indictment to March 12, 2007, and GOOD CAUSE having been found,
4     IT IS HEREBY ORDERED that
5     The time for preliminary hearing or filing of an indictment in the above captioned
6  matters, pursuant to Federal Rule of Criminal Procedure 5.1, shall be extended to March 12,
7  2007.
8  SO ORDERED.

2/21/07

_____
The Honorable WAYNE D. BRAZIL
Magistrate Judge