```
LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, Bar No. 78624
LYNN KESLAR, Bar No. 191521
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax
```

Attorneys for Defendant
HASSAN SWAID

FILED
MAR 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HASSAN SWAID, et al.,<br><br>    Defendant.         / | No. 4-07-70057 WDB<br><br>[~~PROPOSED~~] ORDER<br>RE: SUBSTITUTION<br>OF COUNSEL |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Law Offices of Paul Delano Wolf, 717 Washington Street, 2nd Floor, Oakland, CA 94607, telephone (510) 451-4600, is substituted as attorney for defendant HASSAN SWAID in the above captioned case in place of H. Ernesto Castillo, 1 Kaiser Plaza, Suite 2300, Oakland, CA 94612, telephone (510) 836-0100.

SO ORDERED.

3-5-07
Date

/s/ Wayne D. Brazil
HONORABLE WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's stats, Copy to parties via ECF